**No. 09-11318. Margarito Armijo, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 106, 2010 U.S. LEXIS 6641.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 602 F.3d 381.